UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HEATHER HAUPTMAN and TIMOTHY MOSS,
Individually and on behalf of others similarly
situated,

                  Plaintiff,

-against-                                  17 **CIVIL** 9382 (GBD)

                                              **JUDGMENT**

INTERACTIVE BROKERS, LLC,
                  Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Orders dated June 12, 2018, and October 19, 2018, Defendant's motion to dismiss for failure to state a claim is granted, and Plaintiffs' motion to file a First Amended Complaint ("FAC") is denied because the proposed amendments would be futile; accordingly, the case is closed.

**Dated:** New York, New York
           November 9, 2018

                                                               **RUBY J. KRAJICK**
                                                                      Clerk of Court
                                                BY:
                                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/9/2018